UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-61930-CIV-ROSENBAUM/SELTZER

TANYA RIVERS,

      Plaintiff,

vs.

HANGER, INC. f/k/a HANGER ORTHOPEDIC
GROUP, INC., SOUTHERN PROSTHETIC
SUPPLY, INC. d/b/a SUREFIT, and RICARDO
SEAN SAUNDERS,

      Defendants.
_____/

## DEFENDANT SUREFIT'S MOTION TO COMPEL

      Defendant, Southern Prosthetic Supply, Inc. d/b/a SureFit ("SureFit"), pursuant to Federal Rule of Civil Procedure 37, respectfully requests entry of an order compelling Plaintiff, Tanya Rivers, to provide answers to Surefit's First Set of Interrogatories and to produce all documents in her possession, custody or control that are responsive to SureFit's First Request for Production of Documents. In support of this motion, SureFit states as follows:

### FACTUAL BACKGROUND

      1.      On November 5, 2012, SureFit served on Plaintiff, by mail and email, its First Set of Interrogatories and First Request for Production of Documents (the "Discovery Requests").[1]

      2.      Pursuant to Federal Rules of Civil Procedure 33(b)(2), 34(b)(2)(A), and 6(d), Plaintiff's responses to the Discovery Requests were due to be served within thirty-three days, or by December 8, 2012.

      3.      To date, Defendant has not received responses to the Discovery Requests, nor has Plaintiff requested an enlargement of time within which to respond.

---

[1] Pursuant to Local Rule 26.1(c), copies of SureFit's Discovery Requests are submitted herewith.

Firmwide:117776145.1 059795.1007

4. Defendant did not file this motion earlier because Defendant wanted to first provide Plaintiff with its responses to her written discovery requests. Plaintiff propounded discovery requests to Defendant before Defendant propounded its requests to Plaintiff, and the parties had stipulated to an enlargement of time for Defendant to respond to Plaintiff's discovery requests. Therefore, in the interest of fairness to Plaintiff, Defendant chose not to file this motion until after it had served its responses to Plaintiff's discovery requests.

WHEREFORE, Defendant respectfully requests entry of an order compelling Plaintiff to respond and produce all documents responsive to SureFit's First Request for Production of Documents, and to provide complete answers to SureFit's First Set of Interrogatories, within ten days, failing which this action shall be dismissed.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), I hereby certify that I made reasonable efforts to confer with counsel for Plaintiff but have been unable to do so. Specifically, on January 18, 2013, I sent a letter to counsel for Plaintiff, via mail and email, reminding counsel that Plaintiff's discovery responses were overdue and requesting that counsel contact me by close of business on January 23, 2013 to discuss the matter. I received no response.

Respectfully submitted,

*s/ Gaye L. Huxoll*
Gaye L. Huxoll (Fla. Bar No. 149497)
Email: ghuxoll@littler.com
LITTLER MENDELSON, P.C.
*Counsel for Defendants*
2 S. Biscayne Boulevard, Suite 1500
Miami, Florida 33131-1804
Telephone: (305) 400-7500
Facsimile: (305) 603-2552

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing on January 24, 2013, on all counsel or parties of record on the Service List below.

          *s/ Gaye L. Huxoll*
          Gaye L. Huxoll

## SERVICE LIST

| | |
|---|---|
| Daniel A. Goldstein, Esq. | Gaye L. Huxoll, Esq. |
| E-mail: dangoldsteinlaw@bellsouth.net | E-mail: ghuxoll@littler.com |
| LAW OFFICE OF DANIEL A. GOLDSTEIN, P.A. | LITTLER MENDELSON, P.C. |
| 9155 S. Dadeland Boulevard | One Biscayne Tower, Suite 1500 |
| Dadeland Centre, Suite 1012 | 2 S. Biscayne Boulevard |
| Miami, Florida 33156 | Miami, Florida 33131 |
| Telephone: (305) 670-1148 | Telephone: (305) 400-7500 |
| Facsimile:  (305) 670-1149 | Facsimile:  (305) 603-2552 |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

Firmwide:117776145.1 059795.1007